IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS ANDREW TRAVIS,<br><br>Defendant. | **8:20-CR-80**<br><br>**ORDER ON MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION** |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation on a Guilty Plea, Filing 28, recommending that the Court accept the defendant's plea of guilty. There are no objections to the findings and recommendation. Nonetheless, the Court declines to adopt the findings and recommendation at this time.

Pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 11.2(d), the Court has conducted a de novo review of the record. And on its de novo review, the Court noted an error in the parties' Plea Agreement (Filing 32), Petition to Enter a Plea of Guilty (Filing 31). The error is that the statutory penalties in both documents explain the minimum term of incarceration is five years and the maximum term is forty years. Filing 32 at 2; Filing 31 at 4. After a review of 18 U.S.C. § 2252(b)(1), it is apparent these documents conflate the penalties delineated in that subsection. Under § 2252(b)(1), the penalty range is either five to twenty years or fifteen to forty years if the defendant had been previously convicted of certain predicate offenses. After corresponding with both parties, the correct advisement on the penalty range should be five to twenty years. This range was never conveyed to Defendant during his initial appearance (Filing 12), in his Plea Agreement (Filing 32), or the Petition (Filing 31). It was also not conveyed to him during his plea colloquy given it was incorrectly stated in the plea agreement. Filing 34.

Therefore, the Court has reservations about accepting Defendant's plea at this time. Accordingly, it is the Court's intent to further inquire on that matter at the sentencing hearing set for September 23, 2020, and decide then whether the plea should be accepted, and the matter should proceed to sentencing at that time. Counsel should be prepared to address that issue.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation on a Guilty Plea, Filing 28, are held in abeyance;

2. This matter will be taken up at the sentencing hearing set for September 23, 2020; and

3. This case shall provisionally proceed to sentencing.

Dated this 3rd day of August, 2020.

BY THE COURT:

Brian C. Buescher
United States District Judge