IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS ANDREW TRAVIS,<br><br>Defendant. | **8:20CR00080**<br><br>STATEMENT OF PLAINTIFF PURSUANT TO NECrimR. 32.1(b) REGARDING SENTENCING PROCEDURES AND ADOPTION OF THE REVISED PRESENTENCE INVESTIGATION REPORT |

COMES NOW Plaintiff, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby provides this written statement in accordance with NECrimR. 32.1(b), regarding Sentencing Procedures.

Plaintiff hereby adopts the Revised Presentence Investigation Report. Plaintiff anticipates offering no additional evidence at sentencing, other than to rebut or address issues raised by Defendant.

Respectfully Submitted,

UNITED STATES OF AMERICA,

JOSEPH P. KELLY
United States Attorney
District of Nebraska

By: s/ Sean P. Lynch

SEAN P. LYNCH, #25275
Assistant U.S. Attorney
1620 Dodge Street, Ste. 1400
Omaha, Nebraska 68102
Tel: (402) 661-3700
Fax: (402) 661-3084
E-mail: sean.lynch@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

s/ Sean P. Lynch
Assistant U.S. Attorney