IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

NICHOLAS ANDREW TRAVIS,

Defendant.

# EXHIBIT LIST

CASE NO. 8:20CR80
DEPUTY: KATHY ROSE
REPORTER: ROGENE SCHRODER
DATE: APRIL 21, 2021

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | 8 KIDS | X | | X | | 4/21/2021 |
| 2 | | | FIONA OF THE BLUES PINK 1 SERIES | X | | X | | 4/21/2021 |
| 3 | | | JENNY OF THE JENNY SERIES | X | | X | | 4/21/2021 |
| 4 | | | SWEET WHITE SUGAR | X | | X | | 4/21/2021 |
| 5 | | | ANGELA | X | | X | | 4/21/2021 |
| 6 | | | TARA | X | | X | | 4/21/2021 |
| 7 | | | MARINELAND | X | | X | | 4/21/2021 |
| | | | | | | | | |

**OBJECTIONS**
- **R: RELEVANCY**
- **H: HEARSAY**
- **A: AUTHENTICITY**
- **O: OTHER (SPECIFY)**