IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.  8:20CR80 |
| Plaintiff, | ) | |
| | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| NICHOLAS ANDREW TRAVIS | ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on August 6, 2021 that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Exhibits for Sentencing held  4/21/21

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:  August 6, 2021

BY THE COURT

*[signature]*

United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15