RECEIVED
MAR 10 2023
CLERK
U.S. DISTRICT COURT

02/26/2023
P. 1 OF 2

TO: The Honorable Judge Buescher
From: Nicholas Andrew Trang - FID # 31635-047
FCI Terre Haute

Your Honor,

I have been attempting to mail off a letter to your court since 02/4/2023, but have been repeatedy blocked. My current cellmate is assisting me with who I can trust to mail this out via Special Housing Unit Staff, rather than my unit team. This amendment to my letter is to inform you that my councilor, S. Williams, has threatened my physical person twice in the last 30 days; Councilor Williams informed B-Range in SHU on or about Feb. 8th, 2023, of my criminal charges, to which they were previously unaware of, by repeatedly calling me a "Faggot Cho-mo", "Kid toucher", and ultimatey stating "Come back to I-unit, so I can beat your Cho-mo Faggot ass!"; he had split these comments, as well as "You snitchin' on me now, Cho-mo?" between two seperate arguments in 15 minutes. Mr. Williams had walked away, and ~~intention~~ intentionally returned, saw me writing a report, and started verbally abusing/threatening me again. This eventually resulted in threats/PREA-like statements from inmates, and 2 assaults by my cellmate at the urging/threats against him if he ~~don't~~ didn't "kill that Cho-mo, or die tryin'"..

Mr. Williams continued this trend approx. 2 weeks later, at yet another Disciplinary hearing, where his "apology" for returning to my door and restarting a fight consisted of "had they opened that door, they would have had to pull me off of you.. I would not have stopped until one of us went to the hospital for a Very. Long. time."; that was somehow his "apology". The conduct by Bureau Staff is getting worse, no matter where I go; Please grant me court appointed legal councel to assist me in filing civil/criminal actions against the Bureau, and please consider granting me compassionate release. Over, Please →

I'm still being refused every one of my psych meds; my diagnostic tests to rule-out potentially fatal genetic malformations / T.B.I. etc.; my scoliosis is not being treated, and they are ignoring my bottom bunk restriction; I am currently housed with a man who has a pacemaker, level-3 heart block, and requires a bottom bunk. I either get on the top bunk, causing constant pain in my spine, or sleep on the concrete floor, inches away from my cellmate; they give me no other choice.

Please set up a video-teleconference so I can speak to you directly; I can't; I won't take much more of this; It's been going on for almost two years; it needs to stop.

Respectfully,

Nicholas Andrew Travis

Nicholas Andrew Travis

FID# 37635-047 / FCI Terre Haute

Special Housing Unit - 02/26/2023

02/04/2023

TO: The honorable Judge Buescher - Omaha, NE.
From: Nicholas Andrew Travis/ FID#31635-047/ FCI terre Haute

Your Honor,

I am urgently requesting that your grant my previous request for Compassionate Release; Title 18, U.S.C. 3582; under The Extraordinary and Compelling circumstances; FCI ~~terre Haute~~ was reportedly condemned in 2017, The conditions of confinement are dangerously close to violating international laws on crimes against humanity; I have been in 2 seperate cells in the last 11 days that have zero heat! SHU/B-range/cell 129 and suicide watch; the Suicide watch cells; Three in total; are intentionally kept without ventilation or heat as a "deterrant" against inmates using suicide watch "as a vacation"; There is no bed frame in any of the cells, only 2 of the 3 have a toilet/sink, and the entire cell is made of concrete and painted steel; I was forced to sleep on the floor, on a mattress, with only a smock that was too big and a blanket that was too small, with no heat, in the coldest months of the year! At one point the outside temp. was at or below 32 degrees!

My Due Process rights have been violated repeatedly; I've been forced to sell my food in order to get the stamps needed to send legal/personal mail; I am currently 5 dollars in the negative, but a week ago I was 25 in the negative, and the executive Staff, Director of Stages, unit team, and others lied to me, saying I was not indigent and I needed to buy my stamps, paper, and hygiene on commissary. I've been at or below a zero balance since before I was sentenced. This is a Care level 3 Medical Yard, with cockroaches the size of half dollars INSIDE Food service! Cockroaches; During the day, where our FOOD is stored, prepped, served, and eaten!

roken windows; exposed radiator pipes; no medical/Distress/Panic buttons on/in any cells except I-unit; staff who IGNORE metal Detectors; threats against inmates physical person; falsifying official Documents; corruption from head-to-heel; SHU inmates not being provided the required amount of clothing; OIG/PREA lines blocked; malpractice; denied access to SIA/DOJ; medically needed bottom bunk restrictions ignored; both myself and my SHU cellmate have bottom-bunk restrictions for scoliosis, yet I'm forced to get on top bunk, or sleep on the floor; SHU staff told me "that's between you and your celly; you work it out" when I tried to tell them I have a deformed spine and I have a medically required bottom bunk restriction, then they laughed and closed the door.

this kind of conduct is BOP-wide. PREA Compliance officers have told me inmates telling me I was going to be sold [by them] to D.C. Blacks, and they would watch the D.C. Blacks Rape me was NOT sexual Harassment under PREA, and to "deal with it". I can't call OIG/national sexual Assault hotlines because they have both blocked by GTL from inmate accessable Phones.

Staff frequently abuse their sanctioning Power when dealing with inmate infractions; I'm on a Vitamin-D supplement by medical need, I am borderline emaciated, and I still had to sell my only source of food just to get the stamps to send letters to you, the President, and my emergency contact. They have effectively closed me off from all access to outside contact that does go through them first. I'm 6'7" tall, broad-shouldered, and approx. 208 lbs, ... just check; when I lay on my back, you can see my sternem ribs, hip bones, and what's left of my stomach sinks into my abdomen by atleast a third of a foot without me holding my breath/sucking in my gut; I am borderline emaciated!

in order to keep our cell warm, we have to repeatedly turn on the hot water for our shower, leaving little if any hot water for our actual showering. You can smell burnt rubber/smoke on range at least once every other day; staff ignore it.

I have severe Depression, Complex PTSD, moderate Anxiety, ~~suicidal Ideation~~, Autistic Spectrum Disorder, ~~Irritable Bowel~~ Syndrome, and several other mental and physical health problems; I'm only being given a vitamin-D supplement and a sleep aid, nothing else. The medical Doctors in the Bureau, as well as most psychologists are violating ethics laws and committing medical malpractice by acting as a specialist, without being seen by a specialist, and "determining" that I don't need Depression, anxiety, or Pain meds; that I don't need an MRI; Anyrismal Veign-of-Galen Malformation, Dementia, Cancer, head injuries, etc. run in my personal history, family history, or both; The MRI order was given by Dr. Vincent J. Blanch on 02/17/2022; he's a specialist; it has yet to be done almost a year later. my neck/head pain is more frequent and more intense now, still no MRI, still no EEG, still no sleep study; malpractice ethics violations, refusal to provide medically needed treatment is a violation of the 8th amendment according to a Supreme Court ruleing. These are DOJ employees, your honor.

Please grant my request for compassionate release on the basis of gross staff misconduct, and repeated violations to my ~~constitution~~ constitutional rights, physical safety, and mental stability; Please consider a Judicial Fiat of Terre Haute's Federal Correctional Complex; Please appoint me legal counsel to assist me with litigation/criminal charges against the Federal Bureau of Prisons, Terre Haute FCI, Phoenix FCI, Petin FCI, Greenville FCI, and Forest City FCI.

I can't take much more of this, your honor. Please help me; I have no other means of assistance. I've sent countless letters to ACLU-New York, FBI-Phoenix, DOJ-OIG-OIA, the Director of the Bureau of Prisons, the President, and I've gotten little more than silence for most of my pleas for help.

Please help me. Please help us. Prisoners are still human beings. This is torture.

Signed,

Nicholas Andrew Travis

Nicholas Andrew Travis

FID # 34635-047 / Terre Haute FCI

02/04/2023

Nicholas Andrew Travis
FID# 31635-047
FCI terre Haute
PO BOX 33
Terre Haute, IN. 47808

INDIANAPOLIS IN 460
28 FEB 2023 PM 5 L



The Honorable Judge Buescher
C/O: Cleark of Court
111 S 18th Street #1152
Omaha, NE. 68 1[redacted]

••Special/Legal mail: Open only in the Presence of the inmate••

RECEIVED
MAR 10 2023
CLERK
U.S. DISTRICT COURT

••Interception of this correspondence, in any way, is a Direct violation of Sender's constitutional Right to Petition the Government••

INMATE IDENTIFICATION CONFIRMED

68104-443125

Special/Legal mail: Open only in the Presence of the inmate..

..Interception of this correspondence, in any way, is a Direct Violation of Sender's Constitutional Right to Petition the Government..

FE[illegible] [illegible]ONAL COMPLEX
47[illegible] [illegible] ROAD SOUTH
TERRE HAUTE, IN 47802
DATE: ______

The en[illegible] letter wa[illegible] [illegible]ugh special mailing procedures for forwa[illegible] to you. The [illegible] has been neither opened nor inspected. If the writer raises a question or problem over which this facility has ju[illegible] may wish to return the material for further information [illegible] the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.

RECEIVED
INMATE IDENTIFICATION CONFIRMED
FEB 07 2022
BY: ______