**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

**Denise M. Lucks**
**Clerk of Court**

**Gabriela Acosta**
**Chief Deputy Clerk**

Nicholas Andrew Travis #31635-047
FCI TERRE HAUTE
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Dear Mr. Travis:

This is confirmation that we have received your documents regarding your case, 8:20cr80. Your letter dated 2/26/2023 was received and filed in your case on March 10, 2023. Your letter dated March 8, 2023, was received, and filed on March 17, 2023.

If you have any questions, please contact us at (866) 220-4381. Thank you.

Sincerely,

Deputy Clerk

#