FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 MAR 24 AM 10:47
OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
FOR THE
_______ DISTRICT OF Nebraska

UNITED STATES OF AMERICA

v.

Nicholas Andrew Travis
Write your full name here.

Case No. 8:20CR80
(write the number of your criminal case)

**MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release)**
(*Pro Se* Prisoner)

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☒ Yes

☐ No

If you answered yes, please list the documents in section IV of this form.

## I. SENTENCE INFORMATION

Date of sentencing: April , 2021

Term of imprisonment imposed: 151 months; 12 years-7 months

Approximate time served to date: Approximately 37 months

Projected release date: 4/26/2031

Length of Term of Supervised Release: 5 Years

Have you filed an appeal in your case?

☐ Yes

☒ No

Are you subject to an order of deportation or an ICE detainer?

☐ Yes

☒ No

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on your behalf, or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the Bureau of Prisons related to your motion, including your written request to the Warden and records of any denial from the Bureau of Prisons.

[1] The requirements for this compassionate release motion being filed with the court differ from the requirements that you would use to submit a compassionate release request to the Bureau of Prisons. This form should only be used for a compassionate release motion made to the court. If you are submitting a compassionate release request to the Bureau of Prisons, please review and follow the Bureau of Prisons program statement.

Have you personally submitted your request for compassionate release to the Warden of the institution where you are incarcerated?

☒ Yes, I submitted a request for compassionate release to the warden on December, 2022

☐ No, I did not submit a request for compassionate release to the warden.

If no, explain why not:

______________________________________________________________________

______________________________________________________________________

Was your request denied by the Warden?

☐ Yes, my request was denied by the warden on (date): ____________.

☒ No. I did not receive a response yet.

## III. GROUNDS FOR RELEASE

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You may also attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

**A. Are you 70 years old or older?**

☐ Yes.

☒ No.

If you answered no, go to Section B below. You do not need to fill out Section A.

If you answered yes, you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. Please answer the following questions so the Court can determine if you are eligible for release under this section of the statute.

Have you served 30 years or more of imprisonment pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which you are imprisoned?

☐ Yes.

☐ No.

Has the Director of the Bureau of Prisons determined that you are not a danger to the safety of any other person or the community?

☐ Yes.

☐ No.

**B. Do you believe there are other extraordinary and compelling reasons for your release?**

☒ Yes.

☐ No.

If you answered "Yes," please check all boxes that apply so the Court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i).

☐ I have been diagnosed with a terminal illness.

☐ I have a serious physical or medical condition; a serious functional or cognitive impairment; or deteriorating physical or mental health because of the aging process that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition.

☐ I am 65 years old or older and I am experiencing a serious deterioration in physical or mental health because of the aging process.

☐ The caregiver of my minor child or children has died or become incapacitated and I am the only available caregiver for my child or children.

☐ My spouse or registered partner has become incapacitated and I am the only available caregiver for my spouse or registered partner.

☒ There are other extraordinary and compelling reasons for my release.

Please explain below the basis for your request. If there is additional information regarding any of these issues that you would like the Court to consider but which is confidential, you may include that information on a separate page, attach the page to this motion, and, in section IV below, request that that attachment be sealed.

the Primary basis for request is excessive and wide-spread staff mis-conduct, abuse, targeting, willful endangerment, 8th amendment violations, abuse of Power, terroristic threats, obstruction, medical negligence, medical malpractice, and falsifying official documents, to name a few. Documentation, explanations of incidents, and Partial medical/Psychology files Provided in attachment "Additional information: extraordinary reasons"; medical/Psych files Provided by FCI Terre Haute on 03/03/2023 are largely incomplete and do not contain Psychology evaluations for PREA reports from FCI Greenville or FCI Phoenix; I believe files were "cherry-Picked" to Prevent access to those entries; requested Full medical/Psych. file that's releasable for CRA motion.

## IV. ATTACHMENTS AND REQUEST TO SEAL

Please list any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged but not required to complete the proposed release plan. A cover page for the submission of medical records and additional medical information is also included as an attachment to this motion. Again, you are not required to provide medical records and additional medical information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | | Request to seal? | |
|---|---|---|---|---|
| Proposed Release Plan | ☒ Yes | ☐ No | ☐ Yes | ☒ No |
| Additional medical information | ☒ Yes | ☐ No | ☒ Yes | ☐ No |
| Additional Housing/work information | ☒ Yes | | ☐ Yes | ☒ No |
| Additional information: extraordinary reasons | ☒ Yes | | ☒ Yes | ☐ No |

## V. REQUEST FOR APPOINTMENT OF COUNSEL

I do not have an attorney and I request an attorney be appointed to help me.

☒ Yes

☐ No

## VI. MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

03/01/2023
Date

Nicholas Andrew Travis
Signature

Nicholas Andrew Travis
Name

Federal Register Number: 31635-047
Bureau of Prisons Register #

[illegible]
Bureau of Prisons Facility

[illegible]
Institution's Address

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

UNITED STATES DISTRICT COURT
FOR THE
__________ DISTRICT OF Nebraska

UNITED STATES OF AMERICA

v.

Case No. 8:20CR80
(write the number of your criminal case)

Nicholas Andrew Travis
Write your full name here.

**PROPOSED RELEASE PLAN**
**In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)**

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☐ Yes

☐ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

# PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will assist the U.S. Probation and Pretrial Services Office to prepare for your release if your motion is granted.

## A. Housing and Employment

Provide the full address where you intend to reside if you are released from prison:

See Attachment

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison:

See Attachment

Provide the names (if under the age of 18, please use their initials only), ages, and relationship to you of any other residents living at the above listed address:

See Attachment

If you have employment secured, provide the name and address of your employer and describe your job duties:

See Attachment

List any additional housing or employment resources available to you:

Supplimenthl Security Insurance [SSI] for mental Disabilities; Self-employ-
-ment ; - custom / novalty Items, Furniture, etc. - Self taught trade. Housing TBD

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

**B. Medical needs**

Will you require ongoing medical care if you are released from prison?

☒ Yes

☐ No

Will you have access to health insurance if released?

☒ Yes

☐ No

If yes, provide the name of your insurance company and the last four digits of the policy number. If no, how do you plan to pay for your medical care?

Medicaid through SSI/Disability

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

☐ Yes

☐ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

☒ Yes

☒ No (not)

If yes, please include them with your motion. If no, where are the records located?

The Bureau of Prisons, FCI Terre Haute has ignored 3 seperate requests for copies of my psychology/medical files; BOP retains all my records.

• Update: Partial medical file provided on 03/03/2023.

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

Are you currently prescribed medication in the facility where you are incarcerated?

☒ Yes

☐ No

If yes, list all prescribed medication, dosage, and frequency:

Trazidone; 150 mgs.; once at bedtime for insomnia; mental Health / Scoliosis meds are being refused by BOP; I am a Care-3 mental Health / Psych. Alert.

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☐ Yes

☒ No

If yes, list equipment:

________________________________________

________________________________________

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes

☒ No

If yes, please list the required assistance and how it will be provided:

________________________________________

________________________________________

Do you require assisted living?

☐ Yes

☒ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

If yes, please provide address of the anticipated home or facility and the source of funding to pay for it.

________________________________________

________________________________________

Are the people you are proposing to reside with aware of your medical needs?

☐ Yes

☐ No

Do you have other community support that can assist with your medical needs?

☒ Yes

☐ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use their initials only:

Joni Cook-Griffin; friend/Emergency Contact/former Iowa After-care worker

Desiree Cashatt; friend; 32 years old [Approx.]

Will you have transportation to and from your medical appointments?

☒ Yes

☐ No

Describe method of transportation:

friends/cab/walking

________________________________________

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

**SIGNATURE**

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

03/01/2023
Date

Nicholas Andrew Travis
Signature

Nicholas Andrew Travis
Name

Federal Register Number: 31635-047
Bureau of Prisons Register #

FCI Terre Haute
Bureau of Prisons Facility

PO BOX 33 Terre Haute, IN 47808
Institution's Address

RECEIVED
MAR 24 2023
CLERK
U.S. DISTRICT COURT

03/13/2023

Attention Clerk of Court:

I can not finish this motion; I've been forced to sell my food just to gain the stamps, envelope and paper just to file this; FCI Terre Haute refuses to honor my indigent status; I'm over $100.00 negative after I got copies of my medical file for this motion. Congressman Larry Bucshon's office in Evansville, Indiana has many of my claims in writing; my constituent Liaison is Allie Johnston; She is assigned to my case, but in order to call her, I am forced to go through S. Williams, the man I'm reporting for several crimes to Miss. Johnston.

I can't finish this because Warden T. Rule took the pens out of SHU; They have not issued flex-pencils in over a month, I'm almost out of paper, and when these pencils fail, I'll be forced to write in blue ~~[illegible]~~ crayons. They refuse to give me access to my commutation data which has my case number & what circuit I'm out of; I'm being blocked from all sides.

[illegible]
urging the court to appoint me (new) counsel regarding this matter.

I will be transferred soon, so I may not be here by the time you get this. If this gets worse, I may not even be alive by the time you get this. I am being denied my mental health meds - see med. files - and I'm tired of the abuse.

If I'm not dead, I should be in the ICU for NSAID/sedative overdose; BOP medical staff do not watch inmates in SHU take their meds; I will have 900 mgs. of Trazodone by Thursday, & an inmate who owes me is buying 2 bottles of Tylenol off SHU commissary; 900 mgs. Trazodone, 65,000 mgs. Tylenol; that should do some serious damage.

I'm sick of being targeted, abused, ignored, lied to, tortured; so I'm going to make it stop; one way or another.

Nicholas Andrew Travis
Nicholas Andrew Travis
#34635-047 / FCI Terre Haute
Special Housing Unit
03/13/2023

Nicholas Andrew travis
FID# 31~~1~~35-047
FCI Terre Haute
Po Box 33
terre Haute, IN. 47808




••Compassionate Release Motion••
•• contains Protected Documents:
Medical/Mental Health files••

INMATE IDENTIFICATION CONFIRMED

The Honorable Judge Buscher
care of: Clerk of Court
111 S. 18th Street # 1152
Omaha, NE. 681● 68102

•• Special/Legal mail: open only in the presence of the inmate••

••Interception of this correspondence, in any way, is a direct violation of Sender's Constitutional Right to Petition the Government••

RECEIVED
MAR 13 2022
BY:

INMATE IDENTIFICATION CONFIRMED

RECEIVED
MAR 24 2023
CLERK
U.S. DISTRICT COURT

•• Special/Legal Mail; open only in the presence of the [illegible] ••

•• Interception of this correspondence, in any way, is a direct violation of sender's Constitutional Right to petition the government ••

•• Compassionate Release Motion ••

•• contains Protected Documents: Medical/Mental Health files ••

INMATE IDENTIFICATION CONFIRMED

RECEIVED
MAR 13 2022
BY:

FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD NORTH
TERRE HAUTE, IN 47802
DATE:

INMATE IDENTIFICATION CONFIRMED