03/30/2023

TO: Denise M. Lucks - Clerk of Court;
Roman L. Hruska U.S. Courthouse

From: Nicholas Andrew Thavis - FID # 31635-047
Terre Haute FCI

Concerning: Motion for Compassionate Release; 18 USC § 3582

Case # 8:20-cr-80

Miss. Lucks,

I recieved your response for confirmation of reciept regarding my motion for Compassionate Release, and the various letters I have sent; Thank you for your prompt reply.

In your letter, you had indicated if I had any questions, to place a call to your office. There are a few problems with this. For starters, all 1-800, 888, 866, and 899 numbers have ~~been~~ been blocked from Inmate accessible Phones; ~~it~~ says it in the inmate handbooks, but I'm not sure if it's the Bureau or if it's Global-Tel Link that has it blocked. Either way, I can't even get ~~the~~ to the portion that verifys my voice before a recording says, among other things, "Your call can not be completed as dialed".

RECEIVED
APR 03 2023
CLERK
U.S. DISTRICT COURT

Over, please →

I have attempted to get multiple legal calls granted, and I've been told each time either "that's not a legal call", or "Inmates can't initiate a legal call; only a lawyer or Judge can set one up."; Both of which are out-right lies.

For these reasons, and the issue with Terre Haute now refusing to honor special mail going out, I am forced to send this mail via general correspondence. That being said, I would like to know if or when I would be granted legal counsel; How long I should expect to wait before requesting an update; If I need to resubmit anything that has missing information; And if I will need to update the court on my current location when I am transfered?

Other than those questions/concerns, There are two more orders of business; One is that I've written to my Emergency contact, Joni Cook-Griffin, and have asked her to send a letter on her thoughts of what would be the best release terms, in the event I'm granted compassionate Release. Joni has known me since Feb. 24th, 2006, 8 days before I aged out of Iowa's foster care system, and has ~~been~~ remained a close friend ever since; She was my After-care worker from 18 to Approx. 20 years old; I Trust her Judgement, even if it goes against my own.

Continued on Page 3.

The final purpose of this letter, is to present my hope for a release plan; what I would like the court to consider as an agreed set of release terms.

I am fully aware of my extensive mental health history, and I believe it's getting worse in some aspects; for this reason, I'm ~~request~~ requesting the court strongly consider a temporary civil committal to an inpatient community based mental health institution where I can get the therapy and help I need to maintain consistent stability prior to being fully/officially granted release.

I do not have a history of any successful, or attempted escape from any institution whatsoever; this includes county jails, post-conviction prisons, transports, mental health facilities, or foster care placements; and given the basis for the compassionate release is due to abuses by BOP staff on a wide scale, being ~~greatly~~ civilly commited to a federal medical center to get stable before release seems like a bad idea; It would also be highly beneficial for my mental health if I was in a facility that would allow in-person visits with my friends and family.

My hope is that the court would strongly consider placing me, for a minimum of 12 months, in the care of one of the following Mental Health Institutions:

- Lasting Hope - Omaha, NE.
- McDermit - Council Bluffs, IA.
- Cherokee MHI - Cherokee, IA.
- Independence MHI - Independence, IA.

Upon completion of the initial year of committal, an evaluation / update would be placed with the court, ~~on~~ including a reccomendation to either release ~~me~~ me to the community; thus starting my registry and post-supervised release obligations; or to renew the civil committal for an additional year.

The goal, is to maintain emotional and social stability, over a long-term, semi-structured, inpatient setting while also building skills needed to obtain my own home, transportation, employment, hygiene, and household maintenance, as well as financial management. My hope is that I will learn better habits, get passed old traumas, forego my criminal mindset, and learn better skills needed to function in society. Being close to the Omaha metro area will help me get my inventions tested, patented, and produced, which would build ~~enough~~ more than enough income to purchase a home upon my release from civil committal, as well as pay my financial obligations steadily from my criminal case faster than I would otherwise be able to.

With that, I will close. Thank you for taking the time to consider my requests, and answer my questions. I look forward to your reply.

Respectfully,

Nicholas Andrew Travis
Nicholas Andrew Travis
FID# 31635-047 / Terre Haute
Special Housing Unit
03/30/2023

P.S.,

My Emergency contact's information is:

Joni Cook-Griffin
33040 Pioneer trail
Macedonia, IA. 51549
(402) 680-3554

Nicholas Andrew Travis
#31635-047
FCI Terre Haute
PO BOX 33
Terre Haute, IN. 47808

INDIANAPOLIS IN 460
31 MAR 2023 PM 5 L

Office of the Clerk
United States District Court
Roman L. Hruska U.S. Courthouse
111 S. 18th Plaza, Suite 1152
Omaha, NE, 68102-1322

RECEIVED
APR 03 2023
CLERK
U.S. DISTRICT COURT

68102-132277