04/04/23

TO: Gabriela Acosta - Chief Deputy Clerk of Court
Roman L. Hruska U.S. Courthouse
111 S 18th Plaza, Suite 1152
Omaha, NE 68102-1322

RECEIVED
APR 17 2023
CLERK
U.S. DISTRICT COURT

2023 APR 17 AM 11:02
OFFICE OF THE CLERK
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

From: Nicholas Andrew Thavis
FID# 31635-047
FCI Terre Haute
Terre Haute, IN. 47808

Please Add this to my motion for Compassionate Release; 18 USC § 3582
Criminal Case # 8:20-cr-80

To whom it may concern,

On April 1st, 2023 at approx. 1:45Pm, on B-Range, Lower, in the Special Housing Unit of Terre Haute's FCI/medium component, an inmate housed in cell 46; right next to my current cell; was Actively attempting to Trigger my Suicidal Ideation and my Sensory Disorder [Autistic Spectrum Disorder/Sound Sensitivity] by Hitting/Punching/or otherwise banging violently on the wall, toilet, ~~the~~ Shower, and top bunk, while calling out to me, calling me a "little boy toucher", and telling me to "do the world a favor, and kill your self.".

During the final round of Day-watch, SHU Range officer Preston had come to cell 46 and was stopped by this inmate, who proceeded to ask an employee of the Department of Justice aware "Do you agree that anyone who looks at little boys

online should kill themselves?"; to which Officer Presten replied quote "Yes! I absolutely agree! I believe anything like this should be the Death Penalty.".

Officer Presten is known to me to make statements like this on a frequent basis. earlier to day, he officer Presten; who refused to give 2 inmates access to the supply/hygiene cart because they weren't "at the door" the moment he got to their cell; he just kept walking... When the inmate called out in protest, Presten said quote "You were asleep! You weren't at the door when I got there, so you don't get shit!" and kept walking. Officer Presten is white; those 2 inmates were Black. The Supply & Hygiene cart is a once-per-week occurrence; the cart has the weekly rations for toilet paper, toothbrush/paste, 3-in-one shampoo/soap/shave gel, mailing envelopes, paper, and flex-pencils; Presten did not have the pencils on the cart; those inmates were denied all of this, on the petty basis that the officer would have to wait for one of the inmates to walk the less then 15 feet to the door. This conduct is a frequent practice within the federal Bureau of Prisons.

No inmate should be spoken to in that manner.
No inmate should be refused hygiene/supplies because they made the officer wait a few extra seconds.
No ~~inmate~~ staff should EVER vocalize their opinion that an inmate should kill themselves, soley based on the nature of their conviction!

For this, and many other reasons; I am asking the court to grant my motion for early release/compassionate release under Title 18 United States Code § 3582 - under extraordinary and compelling reasons: staff abuse/misconduct/etc.

Respectfully,

Nicholas Andrew Travis
Nicholas Andrew Travis
FID# 34635-041 / FCI Terre Haute
Special Housing Unit - 04/07/2023

Nicholas Andrew Travis
#37635-047
FCI Terre Haute
PO Box 33
Terre Haute, IN. 47808

INDIANAPOLIS IN 460
3 APR 2023 PM 4 L

Office of the Clerk
United States District Court
Roman L. Hruska U.S. Courthouse
111 S. 18th PLAZA, Suite 1152
Omaha, NE. 68102-1322

RECEIVED
APR 17 2023
CLERK
U.S. DISTRICT COURT

68102$2077