05/15/2023
P. 1 of 6

Concerning Compassionate Release Motion/Criminal
Case number 8:20-CR-80

Attention: Gabriela Acosta - Chief Deputy Clerk
From: Nicholas Andrew Travis - Federal ID Number 31635-047

I am writing to request that the accompanying documents be submitted as an amendment to my compassionate release motion currently being reviewed by this court.

Previously, I had stated in my initial filing that I attempted to petition Warden T. Rule; FCI Terre Haute; in Dec. of 2022, but I was not able to provide a copy due to interference by unit team members at that time. The copies have been returned to me; however, it appears I did not date this copy; these are my originals; the white-lined paper is the template I used as an outline, and was written for me by a STAGES participant who is a paralegal in his state; the inmate's name is Gary Gravelle.

Mr. Gravelle assisted me with the wording, and I showed him prior to turning a duplicate/original into STAGES Unit Officer Harman immidiately following a last check on wording; at the time, Officer Harman was a day-watch unit officer for the STAGES Program [I-Unit] and his primary shifts were M-F. 7AM-3PM. On or about Jan. 4th, 2023 I had sent an Inmate Electronic Request to Staff; (CTRO-A) to Warden Rule, expressing a concern regarding food services, and as an after thought had told him I sent a compassionate release petition via institutional mail;

Warden Rule informed me in the reply that he "forwarded [my] compassionate release request to the appropriate department"; eventually, Warden Rule had replied to my question of who that was, so I could direct all further questions to them; I was told via electronic cop-out that person's name was Roshto, from case management coordinators; CMC;. Upon sending Mr. Roshto a cop-out, he informed me he had no record of me filing a compassionate release petition; the warden, or Roshto, had lied to me. That is when I started looking into notioning the court.

I say this in hopes a time-line can be proven on exact date of my petition to Warden T. Rule, in the event he is asked to provide my petition and chooses to lie to this court; If Mr. Gravelle and Officer Harman can't or won't stand as witness the meta data from Trulinks will show the exchange in E-mails between myself and Warden Rule and CMC Roshto.

I am already redesignated to a new facility; I was redesignated on April 13th, 2023 I believe. I'm scheduled for my MRI between May 16th, and May 18th according to medical staff. Once I have relocated, I will write with copies of other documents supporting my allegations of wide-spread staff abuse and malicious conduct; I just need to gain copies first.

I would also wish to point out that I can't contact your office via the toll-free or regular office numbers. The toll free number is an 866 number, which is blocked by BOP.

I have requested a legal call countless times, and have been told by J. Patterson [PSYCH], Lieutenant Burleson [SHU], T. Rule, Associate Warden Dixen, the Captain; can't remember his name; and several others that calling my sentencing court about an active case "isn't a legal call; write a letter."; the same thing they tell me about everything.

I would like to inquire again about the appointment of Council; if it will happen, when, and how to contact them. I do not have the means to continue sending sensitive material through general mail. I need legal representation; the BOP won't comply with any of my requests regarding this case, or my Civil Action, to which they are still obstructing my ability to comply with a ~~cou~~ Court Order; issued on or about March 10, 2023; to cure deficiencies. Without legal council, I'm unable to provide anything further in this case.

I would also like to point out, in response to the DA's Brief That I'm "a Danger to the Public"; my custody points are currently at a 17, which places me at a medium security level; in less than 8 months, with clear conduct, I will drop another 3 points, placing me at a 14; that's a low custody level, or a minimum security prison. I pose more of a danger to myself than I do to anyone else at this point, though that's almost always been the case. If I was an imminent threat to anyone, I wouldn't be dropping custody levels; I started at 19 points.

I'm not asking to be released into the community outright
I'm requesting that I be placed in an inpatient community
based mental health institution untill the Doctors and
Judge Buescher determine that I'm stable enough to return
to the community; if that happens, once I'm released
from the MHI, that's when I would start my post-
-supervised release and ~~registery~~ registery obligations, not
before, and not during my civil committal.

# The BOP has caused me to regress in my mental health
by their direct actions against me, and their refusal to
act in a way that protects me from undue actions from
inmates; I, as well as countless others who are sex offenders,
gays, or transgenders, and elevated mental health status
inmates are constantly targeted, assaulted, injured, "run-up",
suppressed, robbed, and endangered by the actions of both
staff and inmates alike; All because of the nature of
our crimes, our orientations, or our gender identities. If we
fight back, resist, or stand our ground; verbally or otherwise;
things get worse; we get maliciously filed Incident Reports, lose
good conduct time, locked in Special Housing, cut off from
community supports, and then relentlessly tormented in SHU.
We can't even file appeals against the IR's, because we are
refused the DHO/UDC reports until it's too late to appeal.

his isn't Right. This isn't legal. This is inhumane. That
s why I'm asking to be Civilly Committed to a
mental Health Institution that is out of the controle
of the Federal Bureau of Prison's Control; If I'm Taken
o an FMC, The Bureau will never deem me Stable
nough to be released, effectively keeping me in Prison
or the remainder of my life, in a malicious attempt to
revent legal actions, and further torment the "Faggot
ho-mo"; a name I'm consistantly called by Staff
nd inmates; which is, by definition, Sexual harassmen
nder the Prison Rape Elimination Act [PREA]; Yet
he PREA Compliance officers refuse to investigate
"Just words", when it's reported by an inmate with
Sensitive case. This has happened to me in the last
Prisons I've been to; Threats of Sexual Violence; Staff
Really LAUGH at it! Then say "That's not PREA!".
I'm a Child abuse survivor; how do You think
That effects me? I'm asking to be Protected; Put
n a Place I Can get Stable; away from the Controle of
hose who are making me worse; So I Can eventually
be released. I honestly don't believe I'll Survive the remainder

of my sentence in a system that encourages this conduct.

The federal system has changed me; not in good ways, but not entirely in bad ways either. I've become more aware of my roll in the negative aspects of my past; both in terms of criminal behavior, and interpersonal aspects of my life. I don't want to hurt anyone; I don't want to sit around and be an un productive member of the community. I don't want to tear down; I want to build up; to help; to provide for others. I don't ever want to be the person I was before, during, or after my criminal actions. I want to be a better, more responsible person. I just need to address my worsening mental health first.

Thank you for your time; Please add the entire contents of this letter to my compassionate release motion.

Respectfully,

Nicholas Andrew Travis
Nicholas Andrew Travis
FID # 31635-047 / FCI Terre Haute
Special Housing Unit - 05/25/2023

RECEIVED
MAY 30 2023
CLERK
U.S. DISTRICT COURT

RECEIVED
MAY 3 0 2023
CLERK
U.S. DISTRICT COURT

Inmate copy

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 MAY 30 AM 11: 04
OFFICE OF THE CLERK

This is a formal request asking that, as Warden of F.C.I. Terre Haute, the facility where I am currently housed, you move the United States District Court, by motion, for my immediate release, pursuant to the mandates of 18 U.S.C. 3582 (Compassionate Release), given that extraordinary and compelling reasons exist to warrant such actions. In support thereof, I do hereby state the following:

This is a synopsis of some of the extraordinary and compelling reasons why a sentence reduction is warranted. In the interest of justice and fairness, I believe early release is justified. Upon request, a full and comprehensive report, detailing all of the abuses I have suffered, will be provided.

* - Excessive force has been used on me numerous times, in violation of the 8th Amendment's prohibition against cruel and unusual punishment. Despite having asthma, OC spray has been deployed on me numerous times, most recently on May 26, 2022 at F.C.I. Greenville,

* - Medication that is vital to my physical and mental well-being has been denied and/or taken away, by BOP medical professionals at F.C.I.'s Forest City, Pekin, Greenville, and Phoenix;

Inmate copy

* - B.O.P. policy has been knowingly violated in regards to numerous incidents of mental health crises where I have been beaten, verbally abused, ignored, and intentionally-targeted solely on the basis of my mental illness. Namely, self-harm has been ignored, and hunger strikes disregarded, just to name a few instances;

* - My life has been put in jeopardy numerous times, a clear violation not only of the 8th. Amendment, but also in violation of the Geneva Convention. Official B.O.P. documents and records have been intentionally altered, changed, and fabricated, all in a malicious attempt to cover-up the egregious abuse I have suffered at various B.O.P. facilities. The only logical remedy, in the interest of justice, would be compassionate release;

* - The abuse is now continuing here at F.C.I. Terre Haute. On December 30, 2022, I dutifully informed Dr. Patterson of strong urges to harm myself, yet I was summarily ignored and dismissed.

- Details are attached -

I, Nicholas A. Travis, do hereby swear and affirm that the foregoing is true and correct to the best of my knowledge and understanding. x Nicholas A. Travis

Nicholas A Travis

Inmate copy

I am requesting compassionate release due to Gross Staff Misconduct / Abuse ~~~~ to include malpractice; RPREA violations; Due Process violations; Falsifying Official Documents; Violations to Civil Liberties; terroristic Threats; Excessive force; Targeting; Theft; Ignoring Hunger strikes, etc.

I have Asthma; on May 26th, 2022, at FCI Greenville, I was sprayed Twice in 30 seconds with the OC that produces Gray fog/mist; the "Justification" for this was because I refused to rotate cells in SHU; I was on Active SRMP Status, in a monitored cell [204- C Range], They told me to rotate to cell 212, an ~~~~ unmonitored regular cell. I Told them SRMP was exempt from rotation due to requirements for monitoring, and being a Care-3 Psych inmate with a Psych alert, I can't be housed alone in an unmonitored cell. They removed Several inmates from C-Range who had Asthma or COPD, & then sprayed me, an inmate with asthma, with a SORT team on stand-by; Excessive Force.

My medication has been stripped from me constantly; FCI Forest City; Pekin; Greenville; & Phoenix. in Forest City, I was beat down by 5+ staff, while fully restrained in BUS restraints, a Bdorbie smock, etc. J. Williams, the OPS. ~~Lt~~ Lieutenant @ the medium, kept calling me "Cho-mo" "Faggot", and making False statements about my charge, & case; The staff around him erupted with laughs, until I refused to move when he shoulder-checked me. Williams did so a second time, so I returned the "favor" and was thrown to the ground and Beaten. I am a Child abuse survivor.

RECEIVED
MAY 30 2023
CLERK
U.S. DISTRICT COURT

Inmate Copy

While in Forest City-Low's SHU, I had broken a window after a staff made finching gestures at me; 4 hours later they notified Psychology [Dr. Clark-Boyles] and then used 3 stun grenades & a 10-man SORT team. During that 4 hours, officers Peeler, Lindly, Dewitt, Holley, Lieutenant Andrews, & several other staff kept mocking me, calling me a cho-mo, telling me to hang myself, to kill my cellmate, to bash my head into the window "because they "Didn't get to see it", to bash my head into the bottom of the window because I "missed a spot, it's not completely broken" etc. they would walk away, just to return, laugh at me, & leave again. Peeler would use his OC can, smash out shards from the window & throw them into my cell, and proceed to tell me "do the world a favor and kill yourself".. Peeler & Dewitt were holding "auctions" for my lunch tray with the rest of the range; it was a tuesday, so it was chicken patty day; Then had started a betting pool on who thought I would "take the gas"; the prize was my lunch tray, my cellmates tray, & 3 extra trays. I was told by Peeler, Dewitt & Andrews that if I didn't take the gas, I would get no respect, then Andrews added "You're a cho-mo, so I'll never respect you; just give me a reason to come in there".

M.D.'s have been altering, changing, or abruptly stopping/starting my meds; psych meds; that were ordered as medically needed on the sole basis of "we don't give that here" despite an order from a specialist who is an active employee of the BOP; Vincent J. Bianch is one of them; I was given 50 mgs twice a day of Hydroxizine for anxiety in Forest City; then they gave me a med they called Hydroxizine; It wasn't. 50 mgs. of Hydroxizine and 50 mgs. of Hydralizine [sp?] are identical with exception to color; Anxiety med is white, the other, a Blood Pressure med, is maroone. They gave me the wrong med several times. I was on 1500 mgs a day of Depakote; 500/day - 1000/night; I was given 250 one day, 500 that night; then 1000 the next day and

Inmate copy

250 that night; the 3rd day I was given 2500 mgs in one dose, & 500 that night; then for 4 days I was told "You don't take Depakote."

In Phoenix FCI I went on 3 hunger strikes due to staff misconduct; 1st was for 15 refused meals; 2nd was for 13 refused meals, that ended in me overdosing on 32,500 mgs. of Tylenol & spending 6 days in ~~the~~ the ICU; the last was for 16 refused meals. No food, no water, little sleep; I was mocked, told staff "don't care if I starve to death", & "I like the tray, so refuse it, I'm hungry"; Zedarski, Black, & Copland [all SHU staff] were also known to eat all inmate refused trays. Medical & Psych never followed Hunger Strike Protocol; the regional Director was never informed; my vitals never checked; etc.

Nurse Weissinger called me & others Cho-mo, Fork-stick, Freak, faggot, etc. & on two occasions told my cellmate "You wanna know how to get street cred? You kill that mother fucker!"; I informed the warden, SIA, Psych, the Chaplain, the HSA, etc. & nothing was done. At one point Weissinger said "we're going on a tour of the elementary school today! I bet you guys are excited! I just know you're gonna fuckin love it! Fuckin Cho-mos!"; this, too, was reported, with the same result. Nothing.
I was 4-pointed for almost 16 & 1/2 hours; Aug. 31 @ 2:30 to Sep. 1st @ 9 Am - then into ~~the~~ box restraints for 2 hours, & then suicide watch. During the 4-point, I was refused 2 meals, called names, staff mocked my rocking [self-soothing motion from

Inmate Copy

Child abuse) & forced to urinate & soil myself several times, which caused more comments. I had to go on a 24 hour hunger strike when Put on suicide watch just to get them to let me shower & clean off the human waste; which I had to do in SHU, under constant watch by the same staff who did this to me.

I was ~~DHO~~ seen by DHO on Sep. 28th, 2022; the reports were released on Oct. 4th, 2022; I wasn't given those reports, which I intended to appeal, until Nov. 8th, 2022; 35 days after release. Due Process violation

~~Dr. Peter~~ Dr. Patterson was informed of my urge to harm myself on 12/30/22 During group; her choice of how to handle this was to give me a word searches & told me to distract myself. afterword, I told her the intensity was reduced, but the desire was still there, & she said "good; Sometimes you just gotta get over the bump".. Is that how the BOP addresses self-harm concerns?

Many other things have occured, but these are some of the major ones. I'd call OIG myself, but that number is blocked from Phoenix, the FTC in OKC, & here. 1-800-869-4499; I get "your call cannot be completed as dialed. Please hang-up, & try your call again."; 1-1-800-869-4499 and ~~8~~ 800-869-4499 get the same response.

~~For this reason~~ for these reasons, I am requesting Compassionate Release

31635-047

Nicholas A. Travis

Nicholas A. Travis

Nicholas Andrew Thams
#31635-047
FCI Terre Haute
PO BOX 33
Terre Haute, IN.
47808

CRA case#
8:20-CR-80

INDIANAPOLIS IN 460
24 MAY 2023 PM 2 L

Office Of the Clerk
United States District Court
ROMAN L. HRUSKA U.S. Court-house
111 S. 18th PLAZA, Suite 1152
Omaha, NE. 68102-1322

RECEIVED
MAY 3 0 2023
CLERK
U.S. DISTRICT COURT

Compassionate Release Motion Documentation

Criminal Case #: 8:20-CR-80

Attention: Gabriela Acosta
Chief Deputy
Clerk