IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

NICHOLAS ANDREW TRAVIS,

Defendant.

**8:20-CR-80**

**ORDER**

This matter is before the Court on a document filed by defendant Nicholas Andrew Travis, which states that he is "writing to request that the accompanying documents be submitted as an amendment to my compassionate release motion currently being reviewed by this Court." Filing 72 at 1. The Court understands Travis to be requesting leave to amend or supplement his May 10, 2023, and May 24, 2023, Motions for Compassionate Release. Filing 63; Filing 66. However, the Court denied these Motions in its April 14, 2024, Order. Filing 70. Therefore, Travis's request is denied as moot.[1] Furthermore, because it is possible that Travis is unaware that the Court has denied his Motions for Compassionate Release, the Court will direct the Clerk of Court to resend the Court's April 14, 2023, Order, Filing 70, to Travis. Accordingly,

[1] If Travis so desires, he may file a motion for compassionate release with the grounds outlined in his current filing. The Court reminds Travis, however, that he must exhaust his administrative remedies with the Bureau of Prisons first before filing another motion for compassionate release.

IT IS ORDERED:

1. Nicholas Andrew Travis's Motion, Filing 72, is denied as moot; and
2. The Clerk of Court is directed to mail Nicholas Andrew Travis the Court's April 14, 2023, Order, Filing 70.

Dated this 2nd day of June, 2023.

BY THE COURT:

Brian C. Buescher
United States District Judge