01/28/2024

TO: Clerk of Court - Omaha, Nebraska
From: Nicholas Andrew Travis
FID# 31635-047
FCI Butner-I Medium
PO Box 1000,
Butner, N.C. 27509
Criminal Case number: 8:20CR80-001

It is my request that the court provides a single copy, in it's entirety, unless prohibited, of each of the following records concerning criminal case number 8:20CR80-001, to which I am ~~the~~ Defendant in, for purposes of review by civil rights attorney for possible violations. The requested documents are as follows:

- ~~R~~ Copy of my Pre-Sentence Report, and reccomendation by US Probation Office regarding sentencing;

- Full transcripts/minutes of ~~the~~ initial Plea hearing, Change of Plea hearing, and Sentencing Hearing, which occurred on or about 04/21/2021;

- Statement of Reasons, in it's entirety;
- Plea agreement - signed - in it's entirety, unless prohibited by Law.

RECEIVED
FEB 06 2024
CLERK
U.S. DISTRICT COURT

I am attempting to have a review done with Prospective Attorneys regarding ineffective council, and the legality of my conviction on Two Points, The first being how the evidence was obtained; Legally, or Illegally; and the Constitutional/Civil Rights legality of my Plea Agreement baring me from contesting ~~Obtainment~~ Legitimacy of lawful obtainment of some, or all of the evidence used against me;

And the second being the ineffective council of both Court-Appointed Public Defenders concerning the legallity of the indictment, and the wording of my plea agreement.

In short, I'm not sure I would have signed if I knew the likelyhood of conviction may have been reduced due to proceedural misconduct at the investigation level; I'm also not convinced my conviction is legal, not based on innocence, but rather on possible unlawful gathering of evidence, combined with indifferent/misleading information from Two Public Defenders.

I thank you for the court's time, and assistance in this matter.

Respectfully,

Nicholas Andrew Travis

Nicholas Andrew Travis

FID# 31635-047 | 01/28/2024

FCI Butner-1 / medium - MD Annex

Nicholas Travis 31635-047
Name: Number:
Federal Prison Camp
P.O. Box 1000
Butner, NC 27509

RALEIGH N
Research Triangle P
1 FEB 2024

USA FOREVER USA FOREVER USA FOREVER

Criminal Case #
8:20CR 80-001

Office of the Clerk
United States District Court
Roman L. Hruska Courthouse
111 South 18th Plaza, Suite 1152
Omaha, NE, 68102

RECEIVED
FEB 06 2024
CLERK
U.S. DISTRICT COURT

-Special Mail-

68102-132277

Case # 8:20 CR80-001

-Special Mail-

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

**Denise M. Lucks**
**Clerk of Court**

**Gabriela Acosta**
**Chief Deputy Clerk**

Nicholas Andrew Travis #31635-047
FCI BUTNER MEDIUM I
P.O. Box 1000
Butner, NC 27509

Dear Mr. Travis:

We received your letter dated January 28, 2024, regarding your request for copies in case 8:20cr80. In accordance with court auditing requirements, we must receive payment before the copies can be sent to you. If you are requesting free copies, you must file a motion with the court.

Here is the cost breakdown of your copy request:

- Plea Agreement (Filing #32) is 7 pages @ $.50 per page = $3.50
- Change of Plea Hearing Transcript (Filing #34) is 24 pages @ $.50 per page = $12.00

The sentencing transcript has not been transcribed. Please complete and return the enclosed form to request the transcript be created.

The pre-sentence report, sentencing recommendations, and statement of reasons are sealed documents and cannot be provided without an order from the judge.

Please make your check or money order payable to Clerk, U.S. District Court. If you have any questions, please contact us at (866) 220-4381. Thank you.

Sincerely,

Deputy Clerk

#